# UNITED STATES DISTRICT COURT

for the

Southern District of Illinois

SYLAS BUTLER, on behalf of himself )
and all others similarly situated )
                                   )
                                   )       Civil Action No. 18-cv-133 MJR/RJD
        Plaintiff(s),              )
                                   )
           v.                      )
                                   )
JIMMY JOHN'S FRANCHISE, LLC;       )
JIMMY JOHN'S ENTERPRISES, LLC;     )
JIMMY JOHN'S LLC; et al.           )
                                   )
        Defendants.                )

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Jimmy John's Franchise, LLC, Jimmy John's Enterprises, LLC, and Jimmy John's LLC.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State of California. The state bar number issued to me is 228686.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: _____March 20, 2018_____          _____/s/ Kahn A. Scolnick_____

333 South Grand Avenue                          Kahn A. Scolnick

Los Angeles, CA, 90071

Gibson, Dunn &

Crutcher LLP

MOTION FOR PRO HAC VICE ADMISSION OF KAHN A. SCOLNICK