UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| SYLAS BUTLER, on behalf of himself and all others similarly situated )<br>)<br>Plaintiff(s), )<br>)<br>v. )<br>)<br>JIMMY JOHN'S FRANCHISE, LLC; )<br>JIMMY JOHN'S ENTERPRISES, LLC; )<br>JIMMY JOHN'S LLC; et al. )<br>)<br>Defendants. ) | Civil Action No. 18-cv-133 MJR/RJD |

**MOTION FOR PRO HAC VICE ADMISSION**

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Jimmy John's Franchise, LLC, Jimmy John's Enterprises, LLC, and Jimmy John's LLC.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State of California. The state bar number issued to me is 268644.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on:   March 20, 2018                                   /s/ Caeli A. Higney
             555 Mission Street, Suite 3000                   Caeli A. Higney
             San Francisco, CA, 94105

Gibson, Dunn & Crutcher LLP

MOTION FOR PRO HAC VICE ADMISSION OF CAELI A. HIGNEY