IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SYLAS BUTLER, on behalf of himself and all others similarly situated )<br><br>Plaintiff(s), )<br><br>v. )<br><br>JIMMY JOHN'S FRANCHISE, LLC;<br>JIMMY JOHN'S ENTERPRISES, LLC;<br>JIMMY JOHN'S LLC; et al. )<br><br>Defendants. ) | Civil Action No. 18-cv-133 MJR/RJD |

## DEFENDANTS' MOTION TO STAY DISCOVERY

Pursuant to Federal Rule of Civil Procedure 26(c), and as more fully explained in their Memorandum in Support hereof, Defendants Jimmy John's Franchise, LLC, Jimmy John's Enterprises, LLC, and Jimmy John's LLC respectfully request that the Court stay discovery pending resolution of Defendants' Motion to Dismiss (ECF No. 28).

Dated: March 28, 2018

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

/s/ *Rachel S. Brass*
Rachel S. Brass (*pro hac vice*)
Caeli A. Higney (*pro hac vice*)
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone: (415) 393-8200
E-mail: RBrass@gibsondunn.com
         CHigney@gibsondunn.com

Kahn A. Scolnick (*pro hac vice*)
333 South Grand Avenue
Los Angeles, CA 90071
Telephone: (213) 229-7000
Email: KScolnick@gibsondunn.com

GREENSFELDER, HEMKER & GALE, P.C.

Russell K. Scott (IL Bar No. 02533642)
12 Wolf Creek Drive, Suite 100
Belleville, IL 62226
Telephone: (618) 257-7308
Email: Rks@greensfelder.com

*Counsel for Defendants Jimmy John's Franchise, LLC, Jimmy John's Enterprises, LLC, and Jimmy John's LLC*

## CERTIFICATE OF SERVICE

I, Rachel S. Brass, an attorney, hereby certify that the **DEFENDANTS' MOTION TO STAY DISCOVERY** was electronically filed on March 28, 2018, and will be served electronically via the Court's ECF Notice system upon the registered parties of record.

/s/ *Rachel S. Brass*
Rachel S. Brass