**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| SYLAS BUTLER, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>JIMMY JOHN'S FRANCISE, LLC, a Delaware Limited Liability Company; *et al.*<br><br>                    Defendants. | Case No. 3:18-cv-00133-MJR-RJD |

**MOTION FOR *PRO HAC VICE* ADMISSION**

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission *pro hac vice* to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Plaintiff.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the States of Ohio, California, and New York. *See* attached Exhibit A for the state and federal bar numbers issued to me.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation. Accordingly, I ask to be admitted *pro hac vice* before this Court.

Dated: August 7, 2018                    SCOTT+SCOTT ATTORNEYS AT LAW LLP

*/s/ Walter W. Noss*
WALTER W. NOSS
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
wnoss@scott-scott.com

## EXHIBIT A

### *PRO HAC VICE* APPLICATION FOR WALTER W. NOSS

#### State Bar Admissions

| | | |
|---|---|---|
| Ohio State Bar | Admitted November 20, 2000 | 0072784 |
| California State Bar | Admitted September 6, 2011 | 277580 |
| New York State Bar | Admitted March 12, 2015 | 5335021 |

#### Federal Bar Admissions

| Title of Court | Date of Admission |
|---|---|
| USDC, Southern District California | September 21, 2011 |
| USDC, Northern District California | October 6, 2011 |
| USDC, Central District California | September 21, 2011 |
| USDC, Northern District of Ohio | January 16, 2001 |
| USDC, Southern District of Ohio | August 18, 2004 |
| USDC, Southern District of New York | July 23, 2015 |
| US Court of Appeals for the 6th Circuit | February 8, 2010 |
| US Court of Appeals for the 9th Circuit | April 4, 2011 |
| US Court of Appeals for the 11th Circuit | July 25, 2011 |
| US Court of Appeals for the 2nd Circuit | December 22, 2016 |