UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SYLAS BUTLER, on behalf of himself and all others similarly situated,<br><br>                     Plaintiffs,<br><br>v.<br><br>JIMMY JOHN'S FRANCISE, LLC, a Delaware Limited Liability Company; *et al.*<br><br>                     Defendants. | Case No. 3:18-cv-00133-MJR-RJD |

## MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission *pro hac vice* to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Plaintiff.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State of California. *See* attached Exhibit A for the state and federal bar numbers issued to me.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation. Accordingly, I ask to be admitted *pro hac vice* before this Court.

Dated: August 7, 2018                                                     SCOTT+SCOTT ATTORNEYS AT LAW LLP

                                                                        *Stephanie A. Hackett*
                                                                        STEPHANIE A. HACKETT
                                                                        600 W. Broadway, Suite 3300
                                                                        San Diego, CA 92101
                                                                        Telephone: (619) 233-4565
                                                                        shackett@scott-scott.com

## EXHIBIT A

### *PRO HAC VICE* APPLICATION FOR STEPHANIE A. HACKETT

<u>State Bar Admissions</u>

California State Bar on December 1, 2005, Bar No. 238655

<u>Federal Bar Admissions</u>

USDC, Southern District of California on November 25, 2014
USDC, Northern District of California on November 20, 2014
USDC, Central District of California on November 26, 2014