UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SYLAS BUTLER, on behalf of himself and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>JIMMY JOHN'S FRANCISE, LLC, a Delaware Limited Liability Company; *et al.*<br><br>                Defendants. | Case No. 3:18-cv-00133-MJR-RJD |

## MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission *pro hac vice* to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Plaintiff.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State of California. The State Bar number issued to me is 308962.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted *pro hac vice* before this Court.

Dated: August 8, 2018

SCOTT+SCOTT ATTORNEYS AT LAW LLP

*/s/ Sean C. Russell*
SEAN C. RUSSELL
600 W. Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 233-4565
sean.russell@scott-scott.com