# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SYLAS BUTLER, on behalf of himself and all others similarly situated, | |
| Plaintiff, | Case No. 3:18-cv-00133-MJR-RJD |
| v. | |
| JIMMY JOHN'S FRANCISE, LLC, a Delaware Limited Liability Company; *et al*. | |
| Defendants. | |

## MOTION FOR *PRO HAC VICE* ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission *pro hac vice* to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of Plaintiff.

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the States of New York and New Jersey.  See attached Exhibit A for the Bar information.

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted *pro hac vice* before this Court.

Dated: September 10, 2018            SCOTT+SCOTT ATTORNEYS AT LAW LLP

　　　　　　　　　　　　　　　　　　　　s/ Michelle E. Conston
　　　　　　　　　　　　　　　　　　　　MICHELLE E. CONSTON
　　　　　　　　　　　　　　　　　　　　The Helmsley Building
　　　　　　　　　　　　　　　　　　　　230 Park Avenue, 17th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10169
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 233-6444
　　　　　　　　　　　　　　　　　　　　mconston@scott-scott.com

# **MICHELLE E. CONSTON**
# **EXHIBIT A**

Michelle E. Conston was admitted to practice before the Bar of the following courts:

1. State of New York in 2014 (Bar No. 5205547)

2. State of New Jersey in 2013 (Bar No. 071622013)

3. United States District Court, for the Southern District of New York, November 2014 (Bar No. MC-1688)