# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

SYLAS BUTLER, on behalf of himself and all others similarly situated, )
   *Plaintiff(s)* )
v. ) Case Number: 18-cv-133 MJR/RJD
JIMMY JOHN'S FRANCHISE, LLC, *et al.* )
   *Defendant(s)* )

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of  Plaintiff and the proposed Class .

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of  California and Colorado . The state and federal bar numbers issued to me are:  California 255928 and Colorado 39933 .

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: December 18, 2018
   Date

*[signature: AnnBShaver]*
Signature of Movant

Anne B. Shaver
Printed Name

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery St., 29th Floor
   Street Address

San Francisco, CA 94111-3339
   City, State, Zip