# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

SYLUS BUTLER, on behalf of himself and all others similarly situated, )
    *Plaintiff(s)* )
    v. )   Case Number:   18-cv-133 MJR/RJD
JIMMY JOHN'S FRANCHISE, LLC, *et al.* )
    *Defendant(s)* )

## MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of  Plaintiff and the proposed Class .

In support of this motion, I state:

1. I am an attorney licensed to practice law and a member in good standing in the State(s) of  California . The state and federal bar numbers issued to me are:  255027 .

2. I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on:  July 31, 2019
    Date

*[Signature]*
Signature of Movant

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery St., 29th Floor
    Street Address

Lin Y. Chan
Printed Name

San Francisco, CA 94111-3339
    City, State, Zip