UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

DONALD CONRAD, on behalf of himself and all others similarly situated, )
　　　　　*Plaintiff(s)* )
　　　v. )　Case Number:　18-cv-00133-NJR-RJD
JIMMY JOHN'S FRANCHISE, LLC, et al. )
　　　　　*Defendant(s)* )

# MOTION FOR PRO HAC VICE ADMISSION

　　　Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of  Plaintiff and the proposed class .

　　　In support of this motion, I state:

　　　1.　I am an attorney licensed to practice law and a member in good standing in the State(s) of  California . The state and federal bar numbers issued to me are:  308174 .

　　　2.　I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

　　　Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: Aug 27, 2020　　　　　　　　　　　　　　　　　　/s/ Michelle Lamy
　　　　　　　Date　　　　　　　　　　　　　　　　　　　　　　Signature of Movant

275 Battery Street, 29th Floor　　　　　　　　　　　　　　　　Michelle A. Lamy
　　　Street Address　　　　　　　　　　　　　　　　　　　　　　Printed Name

San Francisco, CA 94111
　　　City, State, Zip