# UNITED STATES DISTRICT COURT

for the

<u>Southern</u> District of Illinois

| | | |
|---|---|---|
| <u>Donald Conrad and all other similarly situated</u> | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Case Number: <u>3:18-cv-133 NJR/RJD</u> |
| <u>Jimmy John's Franchise, LLC et al.</u> | ) | |
| *Defendant(s)* | ) | |

# MOTION FOR PRO HAC VICE ADMISSION

Pursuant to Local Rule 83.1(b), the undersigned attorney moves for admission pro hac vice to the United States District Court for the Southern District of Illinois in order to appear as counsel of record in this case on behalf of <u>Defendants Jimmy John's Franchise, LLC, et al.</u>

In support of this motion, I state:

1.  I am an attorney licensed to practice law and a member in good standing in the State(s) of <u>California</u>. The state and federal bar numbers issued to me are: <u>311886</u>.

2.  I am familiar with the law, facts, and procedures relating to the subject matter of this litigation.

Accordingly, I ask to be admitted pro hac vice before this court.

Signed on: <u>Sep 18, 2020</u>
Date

Signature of Movant: *[signature]*

<u>555 Mission Street, Suite 3000</u>
Street Address

Printed Name: <u>Lauren D. Dansey</u>

<u>San Francisco, CA 94105</u>
City, State, Zip