IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DONALD CONRAD, on Behalf of Himself and All Others Similarly Situated,

Plaintiff,

v.

JIMMY JOHN'S FRANCHISE, LLC, *et al.*,

Defendants.

Case No. 3:18-cv-133-NJR

Hon Nancy J. Rosenstengel

## PLAINTIFF'S MOTION FOR LEAVE TO FILE UNDER SEAL

Plaintiff Donald Conrad, by his undersigned counsel, respectfully moves this Court for leave to file under seal Plaintiff's Reply In Support of Motion for Reconsideration of the Court's February 16, 2021 Sealed Order granting Defendants' Motion to Exclude Hal J. Singer, PhD (Doc. 220); and exhibits to the accompanying Supplemental Declaration of Dean M. Harvey. In support of this motion, Mr. Conrad states further as follows:

1. On July 1, 2020, Defendants filed a Sealed Motion to Exclude Plaintiff's Expert (Doc. 135) with an accompanying Sealed Memorandum in support (Doc. 135-1).

2. On October 9, 2020, Plaintiff filed his sealed response opposing Defendants' motion (Doc. 183).

3. On February 16, 2021, the Court granted Defendants' Sealed Motion to Exclude Plaintiff's Expert (Doc. 220).

4. On March 9, 2021, Plaintiff filed a sealed motion for reconsideration of the Court's February 16, 2021 Order Granting Defendants' Motion to Exclude Dr. Singer's opinions (Doc. 225).

1

5. On March 26, 2021, Defendants filed a sealed opposition to Plaintiff's motion for reconsideration (Doc. 228).

6. Plaintiff intends to file a reply in support of his motion for reconsideration, as well as an accompanying Supplemental Reply Declaration from Dr. Hal Singer and other sealed exhibits attached to a Supplemental Declaration of Dean M. Harvey.

7. Each of these filings will cite, quote, and otherwise incorporate documents and data produced in discovery by Defendants, and testimony by Defendants and third-party witnesses, that have been designated as "Confidential" or "Confidential Attorney Eyes Only" pursuant to the Protective Order governing this action (Doc. 61).

8. In order to properly address the Court's findings, while maintaining the confidentiality required by the Protective Order (Doc. 61), Mr. Conrad respectfully requests leave to file under seal his (1) Reply in Support of Motion for Reconsideration of the Court's February 16, 2021 Sealed Order granting Defendants' Motion to Exclude Hal J. Singer, PhD; and (2) the exhibits attached to the Supplemental Declaration of Dean M. Harvey in Support, including the Supplemental Reply Declaration of Hal J. Singer.

9. Mr. Conrad will prepare and file "public-redacted" copies of the Motion and supporting papers that he files under seal.

Wherefore, Mr. Conrad seeks leave to file under seal Plaintiff's Reply in Support of Reconsideration of the Order to Exclude Hal J. Singer, PhD and the exhibits to the Supplemental Declaration of Dean M. Harvey.

Dated:  April 5, 2021                                Respectfully submitted,

                                                 *s/ Dean M. Harvey*
                                            Dean M. Harvey (*pro hac vice*)
                                            Anne B. Shaver (*pro hac vice*)

2137668.2

Lin Y. Chan (*pro hac vice*)
Yaman Salahi (*pro hac vice*)
Jallé H. Dafa (*pro hac vice*)
Michelle A. Lamy (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415-956-1000
dharvey@lchb.com
ashaver@lchb.com
lchan@lchb.com
ysalahi@lchb.com
jdafa@lchb.com
mlamy@lchb.com

Walter W. Noss (*pro hac vice*)
Sean C. Russell (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: 619-233-4565
wnoss@scott-scott.com
sean.russell@scott-scott.com

Michelle E. Conston (*pro hac vice*)
**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Telephone: 212-223-6444
mconston@scott-scott.com

Derek Y. Brandt #6228895
Leigh M. Perica #6316856
Connor P. Lemire (generally admitted)
**MCCUNE WRIGHT AREVALO LLP**
231 North Main Street, Suite 20
Edwardsville, IL 62025
Telephone: 618-307-6116
dyb@mccunewright.com
lmp@mccunewright.com
cpl@mccunewright.com

Richard D. McCune (*pro hac vice*)
Michele M. Vercoski (*pro hac vice*)
**MCCUNE WRIGHT AREVALO LLP**

3

2137668.2

                                              3281 East Guasti Road, Suite 100
Ontario, CA 91761
Telephone: 909-557-1250
rdm@mccunewright.com
mmv@mccunewright.com

*Counsel for Plaintiff Donald Conrad*

2137668.2

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 5, 2021, I electronically filed the foregoing ***Plaintiff's Motion for Leave to File Under Seal*** with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to all counsel of record in this action.

                                       *s/ Dean M. Harvey*
                                       Dean M. Harvey

2137668.2