# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD CONRAD, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>JIMMY JOHN'S FRANCHISE, LLC, *et al*.,<br><br>Defendants. | Case No. 3:18-cv-00133-NJR |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate to the dismissal with prejudice of Plaintiff's action with each party to bear its own attorneys' fees and costs.

Dated: November 15, 2021

Respectfully submitted,

| | |
|---|---|
| *s/ Rachel S. Brass* | *s/ Walter W. Noss* |
| Rachel S. Brass (*pro hac vice*) | Walter W. Noss (*pro hac vice*) |
| Caeli A. Higney (*pro hac vice*) | Sean C. Russell (*pro hac vice*) |
| **GIBSON, DUNN & CRUTCHER LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| 555 Mission Street, Suite 3000 | 600 West Broadway, Suite 3300 |
| San Francisco, CA 94105 | San Diego, CA 92101 |
| Telephone: (415) 393-8200 | Telephone: (619) 233-4565 |
| RBrass@gibsondunn.com | wnoss@scott-scott.com |
| CHigney@gibsondunn.com | sean.russell@scott-scott.com |
| | |
| Kahn A. Scolnick (*pro hac vice*) | Michelle E. Conston (*pro hac vice*) |
| **GIBSON, DUNN & CRUTCHER LLP** | **SCOTT+SCOTT ATTORNEYS AT LAW LLP** |
| 333 South Grand Avenue | The Helmsley Building |
| Los Angeles, CA 90071 | 230 Park Avenue, 17th Floor |
| Telephone: (213) 229-7000 | New York, NY 10169 |
| KScolnick@gibsondunn.com | Telephone: (212) 223-6444 |
| | mconston@scott-scott.com |

Russell K. Scott (#2533642)
**GREENSFELDER, HEMKER & GALE, P.C.**
12 Wolf Creek Drive, Suite 100
Belleville, IL 62226
Telephone: (618) 257-7308
Rks@greensfelder.com

*Counsel for Defendants Jimmy John's Franchise, LLC, Jimmy John's Enterprises, LLC, and Jimmy John's LLC*

Derek Y. Brandt #6228895
Leigh M. Perica #6316856
**MCCUNE WRIGHT AREVALO, LLP**
231 N. Main Street, Suite 20
Edwardsville, IL 62025
Telephone: (618) 307-6116
dyb@mccunewright.com
lmp@mccunewright.com

Richard D. McCune (*pro hac vice*)
Michele M. Vercoski (*pro hac vice*)
**MCCUNE WRIGHT AREVALO, LLP**
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Telephone: (909) 557-1250
rdm@mccunewright.com
mmv@mccunewright.com

Dean M. Harvey (*pro hac vice*)
Anne B. Shaver (*pro hac vice*)
Lin Y. Chan (*pro had vice*)
Yaman Salahi (*pro hac vice*)
**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
dharvey@lchb.com
ashaver@lchb.com
lchan@lchb.com
ysalahi@lchb.com

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on November 15, 2021, I electronically filed the foregoing Joint Stipulation for Dismissal with Prejudice with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record in this action.

                                                                            s/ Walter W. Noss
                                                           Walter W. Noss (*pro hac vice*)

                                                           *Counsel for Plaintiff*