IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SYLAS BUTLER and DONALD CONRAD, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JIMMY JOHN'S FRANCHISE, LLC, JIMMY JOHN'S ENTERPRISES, LLC, JIMMY JOHN'S LLC, and DOES 1-10,<br><br>Defendants. | Case No. 3:18-CV-133-NJR |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

This matter having come before the Court, and the Court having rendered a decision,

**IT IS ORDERED AND ADJUDGED** that, pursuant to the filing of the First Amended Class Action Complaint on February 25, 2019 (Doc. 75), Plaintiff Sylas Butler and Defendants Does 1 through 10 were **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED AND ADJUDGED** that, pursuant to Court's Order of September 28, 2021 (Doc. 243), reflecting settlement between the remaining parties, and the Stipulation of Dismissal filed on November 15, 2021 (Doc. 244), this action is **DISMISSED with prejudice**, with each party to bear its own fees and costs.

DATED:   November 17, 2021

MARGARET M. ROBERTIE,
Clerk of Court

By:  s/ *Deana Brinkley*
       Deputy Clerk

APPROVED:  _____
NANCY J. ROSENSTENGEL
Chief U.S. District Judge